IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOSEPH SMITH, | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | CASE NO. 2:14-cv-00666-JRG |
| | § | |
| ORBCOMM, INC., and STARTRAK | § | |
| INFORMATION TECHNOLOGIES, LLC | § | JURY TRIAL REQUESTED |
| | § | |
| *Defendants*. | § | |
| | § | |

## STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff Joseph Smith ("Smith") and Defendants ORBCOMM, INC., and StarTrak Information Technologies, LLC ("Defendants"), pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITHOUT PREJUDICE with each Party to bear its own costs, expenses and attorneys' fees.

Respectfully submitted,

/s/ *David K. Anderson*
_____
David K. Anderson
david@andersonlawfirm.com
SBT No. 01174100
ANDERSON & CUNNINGHAM, P.C
1221 Lamar, Suite 1115
Houston, Texas 77010
Telephone: 713-655-8400
Telephone (Direct): 713-655-7665
FAX: 713-655-0260
ATTORNEY-IN-CHARGE FOR PLAINTIFF

/s/ *Michael C. Smith*

_____
Michael C. Smith
michaelsmith@siebman.com
SBT No. 18650410
SIEBMAN, BURG, PHILLIPS, & SMITH
113 East Austin Street
Marshall, Texas 75670
Telephone:  (903) 938-8900
FAX:  (972) 767-4620

Herbert Kerner, Esq.
hkerner@nc.rr.com
Horizon Patent Group, LLC
1340 Environ Way, Suite 425
Chapel Hill, NC 27517
Telephone:  (202) 320-4841
FAX: (202) 446-0892

ATTORNEYS FOR DEFENDANTS
ORBCOMM, INC. AND STARTRAK
INFORMATION TECHNOLOGIES LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically pursuant to Local Rule CV-5(a) and that a copy of this document was served upon all counsel of record pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(b)(1) via the Court's CM/ECF on this 12th day of October, 2015.

/s/  *David K. Anderson*

_____
David K. Anderson