**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| JOSEPH SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:14-cv-00666-JRG |
| vs. | § | (Lead Case) |
| | § | |
| ORBCOMM, INC. and STARTRAK | § | |
| INFORMATION TECHNOLOGIES LLC, | § | JURY TRIAL REQUESTED |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| JOSEPH SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 2:14-cv-00772-JRG |
| | § | |
| SKYBITZ, INC. | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |
| | § | |

## JOINT MOTION TO DISMISS

Plaintiff Joseph Smith ("Smith") and Defendant SkyBitz, Inc. ("SkyBitz") jointly move for an order dismissing with prejudice all claims asserted against SkyBitz in this action and dismissing without prejudice all claims asserted against Smith in this litigation. The Parties agreed that they will not seek or submit any applications to the Court for fees or costs.

Respectfully submitted,

| | |
|---|---|
| */s/ David K. Anderson (with permission)* | */s/ Jennifer H. Doan* |
| David K. Anderson | Jennifer H. Doan |
| State Bar No. 01174100 | State Bar No. 08809050 |
| Julie B. Cunningham | Joshua R. Thane |
| State Bar No. 05240700 | State Bar No. 24060713 |
| Four Houston Center | Christy Samansky Hawkins |
| 1221 Lamar, Suite 1115 | State Bar No. 24085575 |
| Houston, Texas 77010 | HALTOM & DOAN |
| Telephone: (713) 655-7665 | 6500 Summerhill Road, Suite 100 |
| Facsimile: (713) 655-0260 | Texarkana, TX 75503 |
| david@andersonlawfirm.com | Telephone: (903) 255-1000 |
| julie@andersonlawfirm.com | Facsimile: (903) 255-0800 |
| | jdoan@haltomdoan.com |
| **ATTORNEYS FOR PLAINTIFF** | jthane@haltomdoan.com |
| **JOSEPH SMITH** | chawkins@haltomdoan.com |

James Hanrath
State Bar No. 24075925
Michael Femal
Much Shelist, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL  60606
Telephone:  (312) 521-2760
Facsimile:  (312) 521-2860
JHanrath@muchshelist.com
MFemal@muchshelist.com

**ATTORNEYS FOR DEFENDANT**
**SKYBITZ, INC.**

## CERTIFICATE OF SERVICE

    The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 2nd day of February, 2016.

                                  /s/ *Jennifer H. Doan*
                                  Jennifer H. Doan