**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| JOSEPH SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:14-cv-00666-JRG |
| vs. | § | (Lead Case) |
| | § | |
| ORBCOMM, INC. and STARTRAK | § | |
| INFORMATION TECHNOLOGIES LLC, | § | JURY TRIAL REQUESTED |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| JOSEPH SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 2:14-cv-00772-JRG |
| | § | |
| SKYBITZ, INC. | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER

Before the Court is Plaintiff Joseph Smith and Defendant SkyBitz, Inc.'s Joint Motion to Dismiss (Dkt. No. 58). The Court, being well advised, finds that the Motion should be **GRANTED**. It is therefore

**ORDERED** that all claims against SkyBitz in this litigation are dismissed with prejudice.

It is further

**ORDERED** that all claims against Smith in this litigation are dismissed without prejudice.

All other motions that have not yet been decided are hereby **DENIED**.

**So Ordered this**

**Feb 2, 2016**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE